E-FILED
Thursday, 17 September, 2020 10:30:09 AM
Clerk, U.S. District Court, ILCD

SEP 16 2020

CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | Criminal No. 20-CR-30056 |
| v. ) | |
| ) | Title 18, United States Code, Sections |
| ) | 2422(b); 2425; and 2428. |
| CHENMIN XIE, ) | |
| Defendant. ) | |

## INDICTMENT

### COUNT ONE
(Attempted Enticement of a Minor)

**THE GRAND JURY CHARGES:**

On or between August 28, 2020 and August 29, 2020, in Sangamon County, in the Central District of Illinois, and elsewhere,

**CHENMIN XIE,**

the defendant herein, used a facility and means of interstate commerce, the Internet and a cellular telephone, to knowingly attempt to persuade, induce, and entice an individual who he believed had not attained the age of 18 years to engage in any sexual activity for which any person can be charged with a criminal offense, to wit, Aggravated Criminal Sexual Abuse, in violation of Illinois statute 720 ILCS 5/11-1.60(d).

All in violation of Title 18, United States Code, Section 2422(b).

1

## COUNT TWO
(Use of Interstate Facilities to Attempt to Transmit Information About a Minor)

**THE GRAND JURY FURTHER CHARGES:**

On or between August 28, 2020 and August 29, 2020, in Sangamon County, in the Central District of Illinois, and elsewhere,

**CHENMIN XIE,**

the defendant herein, knowingly used a facility and means of interstate commerce, the Internet and a cellular telephone, with the intent to transmit the name and address of another individual who had not attained the age of sixteen, and the defendant did so with the intent to attempt to entice, encourage, offer, and solicit that person to engage in sexual activity for which any person can be charged with a criminal offense, to wit, Aggravated Criminal Sexual Abuse, in violation of Illinois statute 720 ILCS 5/11-1.60(d).

All in violation of Title 18, United States Code, Section 2425.

## FORFEITURE NOTICE

1.  The charges contained in Counts One and Two are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures, pursuant to the provisions of Title 18, United States Code, Section 2428.

2.  For his engagement in the violations alleged in Counts One and Two,

**CHENMIN XIE,**

the defendant herein, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2428, all interest in:

   a.  Any property, real or personal, constituting or derived from any proceeds obtained, directly or indirectly, as a result of the offenses alleged in Counts One and Two of this Indictment; and

   b.  Any property, real or personal, used or intended to be used to commit or facilitate the commission of the offenses alleged in Counts One and Two of this Indictment.

3.  The property referenced in paragraph 2, subparagraphs a and b above includes, but is not limited to, video recorders and accessories, cameras, computer hardware, such as monitors, central processing units, keyboards, computer programs, software, computer storage devices, such as disk drive units, disks, tapes, hard disk drives/units, peripherals, modems and other telephonic and acoustical equipment, printers, contents of memory data contained in and through the aforementioned hardware and software, tools, equipment, manuals and documentation for the assembly and use of the aforementioned hardware and software, including the specific equipment

listed:

- iPhone 8, Serial Number GDFX10TKJC6D
- iPhone 11 Pro, Serial Number C39C93HIN6XW

All pursuant to Title 18, United States Code, Section 2428.

A TRUE BILL,

s/ Foreperson

FOREPERSON

s/ Tanner K. Jacobs

---

JOHN C. MILHISER
UNITED STATES ATTORNEY
TKJ